**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN ROMM, | Case No.: 2:12-CV-01412-RCJ-PAL |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| | September 17, 2012 |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, *et al.,* | |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 4 & 6) set for Monday, November 26, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge