# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVELYN ROMM,

                Plaintiff,          Case No. 2:12-cv-01412-RCJ-PAL

vs.                                       **ORDER**

HARTFORD INSURANCE COMPANY OF THE MIDWEST, et al.,

                Defendants.

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered August 9, 2012, regarding removal of this case to federal district court. On August 27, 2012, Defendants filed a signed Statement (Dkt. #12) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., October 1, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 17th day of September, 2012.

                                              Peggy A. Leen
                                              United States Magistrate Judge