DARREN T. BRENNER
Nevada Bar No. 8386
LINDSAY DEMAREE
Nevada Bar No. 11949
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendants*
*Hartford Insurance Company of the Midwest*
*and Hartford Fire Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN ROMM,<br><br>            Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD FIRE INSURANCE COMPANY; DOES I through X; and ROE ENTITIES I through X,<br><br>            Defendants. | Case No.: 2:12-cv-01412-RCJ-PAL<br><br>**ORDER RE<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Evelyn Romm and defendants Hartford Insurance Company of the Midwest and Hartford Fire Insurance Company, through their respective counsel of record, that the above-captioned action be dismissed with prejudice.

///

///

///

///

///

///

-1-

1  Each party will bear their own fees and costs.

2  DATED this 26th day of November, 2012.

4  TANNER LAW FIRM  LEWIS AND ROCA LLP

6  BY:/s/David A. Tanner    BY: /s/Lindsay Demaree
   DAVID A. TANNER           DARREN T. BRENNER
7  Nevada Bar No. 8282       Nevada Bar No. 8386
   8635 S. Eastern Ave.      LINDSAY DEMAREE
8  Las Vegas, NV  89123      Nevada Bar No. 11949
9  *Attorney for Plaintiff*  3993 Howard Hughes Parkway, Suite 600
                             Las Vegas, Nevada  89169
10                           *Attorneys for Defendants Hartford Insurance
                             Company of the Midwest and Hartford Fire
11                           Insurance Company*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:_ November 28, 2012

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109